[No. 65574-4-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PATRICK RYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04834-3, Richard D. Eadie, J., entered May 20, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Spearman, JJ.

[No. 67132-4-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. FOREST E. GILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01690-1, Frederick W. Fleming, J., entered January 15, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 67135-9-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW DAVID LAURO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00001-0, Leila Mills, J., entered February 19, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.

[No. 67136-7-I.   Division One.   August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON DAVID LEE CORDER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01648-1, Wm. Thomas McPhee, J., entered February 2, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.